JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SSC ENTERPRISES, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DUNCAN AVIATION, INC., *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. CV13-2447 CAS (JCGx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties that the above-captioned action be dismissed with prejudice, IT IS SO ORDERED.

DATED: June 27, 2013

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge